IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 12-cv-02162-RPM-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: November 27, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

KEVIN BYERS, Lark H. Fogel

    Plaintiff,

v.

OXFORD LAW, LLC, Shannon Marie Bell

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in Session: 9:14 a.m.**
Court calls case. Appearances of counsel.

The court addresses the parties regarding the three pending, referred motions.

Discussion between the court and the parties regarding the defendant's MOTION to Dismiss (Docket No. 12, filed on 11/2012).

Discussion between the court and the parties regarding the plaintiff's MOTION for Sanctions (Docket No. 15, filed on 11/20/2012) and the plaintiff's MOTION to Strike #13 Answer to Complaint (Docket No. 16, filed on 11/20/2012).

Ms. Bell and Ms. Fogel makes oral motions to have the above motions withdrawn. The court grants the parties oral motions.

For reasons as stated on the record,

**ORDERED:** The court shall **WITHDRAW** the defendant's MOTION to Dismiss (Docket No.

                    12, filed on 11/2012).  The answer shall be accepted for filing based on Ms. Fogel's willingness to not oppose the untimeliness of it.

**ORDERED:**    The court shall **WITHDRAW** the plaintiff's MOTION to Strike #13 Answer to Complaint (Docket No. 16, filed on 11/20/2012).

**ORDERED:**    The court shall **WITHDRAW** the plaintiff's MOTION for Sanctions (Docket No. 15, filed on 11/20/2012).

Discussion between the court and the parties regarding Judge Match's ORDER TO SHOW CAUSE returnable by Michael F. McGuigan (Docket No. 11, filed on 11/1/2012).  The court advises the parties that it would like to set a scheduling conference.

**ORDERED:**    A Telephonic Scheduling Conference is set for **December 13, 2012 at 1:30 pm.** The parties shall file a proposed scheduling order (and also email an editable version to Shaffer_Chambers@cod.uscourts.gov) **no later than noon on December 13, 2012**. *Counsel shall coordinate to create a conference call among themselves before contacting the court (303.844.2117) at the scheduled time.*

9:32 a.m.    Off the record discussion regarding the possibility of settlement.

HEARING CONCLUDED.

**Court in recess:**    **9:35 a.m.**
Total time in court:    00:21

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.