IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-02162-RPM-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: May 2, 2013** | Courtroom Deputy: Courtni Covington |

*Parties:*

KEVIN BYERS,

    Plaintiff,

v.

OXFORD LAW, LLC,

    Defendant.

*Counsel:*

Lark H. Fogel

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: TELEPHONIC MOTION HEARING**
**Court in Session:** **10:00 a.m.**
Court calls case. Appearance of counsel.

The Court addresses counsel regarding the MOTION for Default Judgment [Docket No. 34, filed 4/8/2013]. The Court advises counsel that the motion is not well founded and will have to be refiled. Discussion regarding Doe defendants, damages, and attorney's fees. The Court provides cases for counsel to review.

**ORDERED:** MOTION for Default Judgment [Docket No. 34, filed 4/8/2013] is **DENIED WITHOUT PREJUDICE.** Counsel is instructed to file a new motion for default judgment under 55(b)(2).

HEARING CONCLUDED.

**Court in recess**: **10:09 a.m.**
Total time in court: 9 minutes

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.