IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:  12-cv-02162-RPM-CBS** | **FTR - Reporter Deck-Courtroom A402** |
| **Date: May 2, 2013** | **Courtroom Deputy: Courtni Covington** |

*Parties:*

KEVIN BYERS,

      Plaintiff,

v.

OXFORD LAW, LLC,

      Defendant.

*Counsel:*

Lark H. Fogel

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:      10:00 a.m.**
Court calls case.  Appearance of counsel.

The Court addresses counsel regarding the MOTION for Default Judgment [Docket No. 34, filed 4/8/2013].  The Court advises counsel that the motion is not well founded and will have to be re-filed.  Discussion regarding Doe defendants, damages, and attorney's fees.  The Court provides cases for counsel to review.

**ORDERED:**   MOTION for Default Judgment [Docket No. 34, filed 4/8/2013] is **DENIED WITHOUT PREJUDICE.**  Counsel is instructed to file a new motion for default judgment under 55(b)(2).

HEARING CONCLUDED.

**Court in recess**:      **10:09 a.m.**
Total time in court:    9 minutes

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.