# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:12-cv-02162-RPM-CBS

Kevin Byers,

    Plaintiff/Movant,

Oxford Law, LLC,

    Defendant.

## **VOLUNTARY DISMISSAL**

WHEREAS, the parties in the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the Plaintiff wishes to dismiss the action;

Plaintiff pursuant to FRCP 41(a)(1)(i), the above-captioned action is hereby discontinued against Oxford Law, LLC without prejudice and without costs to any party.

Kevin Byers

   */s/ Lark Fogel*

Lark Fogel, Esq. [Bar No. 030383]
Of Counsel to:
Lemberg & Associates, LLC
1100 Summer Street, Third Floor
Stamford, CT 06905
Telephone: (303) 596-4838
lfogel@lemberglaw.com
Attorneys for Plaintiff

_____
SO ORDERED

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By */s/ Lark Fogel*
Lark Fogel, Esq.