IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02162-RPM-CBS

KEVIN BYERS,

    Plaintiff,

v.

OXFORD LAW, LLC,

    Defendant.
_____

ORDER DISMISSING CASE WITHOUT PREJUDICE
_____

    Pursuant to the Notice of Voluntary Dismissal, filed September 6, 2013 [48], it is

    ORDERED that this civil action is dismissed without prejudice and without cost to any party.

    DATED: September 6th, 2013

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge